B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    Don Adlai Dowe                             ,

                                      Debtor

Case No.    13-21003-JKO

Chapter                  7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 247,000.00 | | |
| B - Personal Property | Yes | 4 | 41,494.75 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 4 | | 532,407.45 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 1,775,096.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,698.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,734.84 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 288,494.75 | | |
| Total Liabilities | | | | 2,307,503.91 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    Don Adlai Dowe                      ,     Case No.     13-21003-JKO

                                      Debtor         Chapter                 7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,698.52 |
| Average Expenses (from Schedule J, Line 18) | 7,734.84 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,726.26 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 285,407.45 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 1,775,096.46 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 2,060,503.91 |

B6A (Official Form 6A) (12/07)

In re    Don Adlai Dowe                                                          ,     Case No.    13-21003-JKO
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Homestead<br>6855 Sperone Street<br>Orlando, FL 32819<br><br>Legal Description:<br>Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97, inclusive of the public records of Orange County, Florida. | Fee simple | - | 162,000.00 | 356,393.45 |
| Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br><br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of Orange County, Florida. | Fee simple | - | 85,000.00 | 176,014.00 |

|  | Sub-Total > | 247,000.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 247,000.00 |  |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    Don Adlai Dowe                                                                , Case No.    13-21003-JKO
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | Cash on Hand | - | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | WellsFargo Checking Account Acct#: XXXX3248 | - | 130.44 |
| | | WellsFargo Savings Account Acct#: XXXX1541 | J | 8.00 |
| | | HSBC Checking Account Acct#: XXXX7656-0 | - | 4.45 |
| | | HSBC Savings Account Acct#: XXXX6618-7 | - | 0.05 |
| | | WellsFargo Business Checking Account Acct#: XXXX2740 | - | 300.00 |
| | | WellsFargo Business Savings Account Acct#: XXXX5715 | - | 0.02 |
| | | WellsFargo Business Checking Account Acct#: XXXX1975 | - | 195.65 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | Patricia Lazarus 13255 SW 57 Terrace #10 Miami, FL 33183 | - | 1,905.00 |

|  |  |
|---|---|
| Sub-Total > | 2,643.61 |
| (Total of this page) | |

  3    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                                Best Case Bankruptcy

**B6B (Official Form 6B) (12/07) - Cont.**

In re    Don Adlai Dowe
_____,    Case No.    13-21003-JKO
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 2 Bed(s) - $60.00<br>2 Bedroom Set(s) - $80.00<br>4 Couch(es) - $50.00<br>Love Seat(s) - $35.00<br>Dining Room Table & Chairs - $50.00<br>Kitchen Table & Chairs - $20.00<br>3 End Table(s) - $30.00<br>3 TV(s) - $100.00<br>3 DVD Player(s) - $15.00<br>Stereo(s) - $20.00<br>3 Computer(s) - $150.00<br>Printer(s) - $20.00<br>Desk(s) - $20.00 | J | 650.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Assorted Pictures & Decorations - $100.00<br>Assorted Books - $100.00<br>Assorted CD's/DVD's/VHS Tapes - $10.00 | J | 210.00 |
| 6.  Wearing apparel. | | Male Wearing Apparel<br>Value to Debtor Only | - | 0.00 |
| 7.  Furs and jewelry. | | Watch - $100.00<br>Wedding Ring - $100.00<br>Bracelet - $50.00 | - | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Firearms | - | 1,200.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance<br>The United States Life<br>Policy#: XXXX6326 | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA<br>HSBC<br>Acct#: XXXX0961 | - | 36,541.14 |

Sub-Total >    38,851.14
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Don Adlai Dowe                                          Case No.    13-21003-JKO
                                                        ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Caribbean Realty Company, LLC | J | 0.00 |
| | | Dowe Jones Realty LLC | - | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >                     0.00
(Total of this page)

Sheet   2   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Don Adlai Dowe                                              ,    Case No.    13-21003-JKO
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >         0.00
(Total of this page)
Total >      41,494.75

Sheet    3    of    3    continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re    Don Adlai Dowe
_____,    Case No. ___13-21003-JKO___
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** Homestead 6855 Sperone Street Orlando, FL 32819 | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 162,000.00 | 162,000.00 |
| Legal Description: Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97, inclusive of the public records of Orange County, Florida. | | | |
| **Cash on Hand** Cash on Hand | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** WellsFargo Checking Account Acct#: XXXX3248 | Fla. Const. art. X, § 4(a)(2) | 130.44 | 130.44 |
| WellsFargo Savings Account Acct#: XXXX1541 | Fla. Const. art. X, § 4(a)(2) | 8.00 | 8.00 |
| HSBC Checking Account Acct#: XXXX7656-0 | Fla. Const. art. X, § 4(a)(2) | 4.45 | 4.45 |
| HSBC Savings Account Acct#: XXXX6618-7 | Fla. Const. art. X, § 4(a)(2) | 0.05 | 0.05 |
| WellsFargo Business Checking Account Acct#: XXXX2740 | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| WellsFargo Business Savings Account Acct#: XXXX5715 | Fla. Const. art. X, § 4(a)(2) | 0.02 | 0.02 |
| WellsFargo Business Checking Account Acct#: XXXX1975 | Fla. Const. art. X, § 4(a)(2) | 195.65 | 195.65 |
| **Furs and Jewelry** Watch - $100.00 Wedding Ring - $100.00 Bracelet - $50.00 | Fla. Const. art. X, § 4(a)(2) | 250.00 | 250.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** Firearms | Fla. Const. art. X, § 4(a)(2) | 11.39 | 1,200.00 |

___1___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re     Don Adlai Dowe                                    ,          Case No.      13-21003-JKO
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans | | | |
| IRA | Fla. Stat. Ann. § 222.21(2) | 36,541.14 | 36,541.14 |
| HSBC | | | |
| Acct#: XXXX0961 | | | |

|  |  | Total: | 199,541.14 | 200,729.75 |
|---|---|---|---|---|

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    Don Adlai Dowe                                              ,        Case No.    13-21003-JKO
_____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. xxxxx8120<br><br>Bank Of America<br>Attn: Correspondence<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | | - | | Opened 6/01/06 Last Active 11/13/12<br>First Mortgage<br>Homestead<br>6855 Sperone Street<br>Orlando, FL 32819<br>Legal Description:<br>Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in | | | | | |
| | | | | Value $              162,000.00 | | | | 236,608.00 | 74,608.00 |
| Account No.<br><br>Bank Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | | | | Representing:<br>Bank Of America | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No.<br><br>Choice Legal Group, P.A.<br>1800 NW 49th St Ste 120<br>Fort Lauderdale, FL 33309 | | | | Representing:<br>Bank Of America | | | | Notice Only | |
| | | | | Value $ | | | | | |
| Account No. xxxxx3867<br><br>Bank Of America<br>Attn: Correspondence<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | | - | | Opened 6/01/05 Last Active 11/13/12<br>First Mortgage<br>Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, | | | | | |
| | | | | Value $              85,000.00 | | | | 103,192.00 | 18,192.00 |
| _3_ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 339,800.00 | 92,800.00 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    Don Adlai Dowe                                                           ,          Case No.     13-21003-JKO
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>Bk Of America<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | | | | | Representing:<br>Bank Of America<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Daniel's Landing Association, Inc<br>PO Box 162147<br>Altamonte Springs, FL 32716 | | - | | | HOA<br>Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of<br><br>Value $          85,000.00 | | | X | Unknown | Unknown |
| Account No.<br><br>Choice Legal Group, P.A.<br>1800 NW 49th St Ste 120<br>Fort Lauderdale, FL 33309 | | | | | Representing:<br>Daniel's Landing Association, Inc<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Nicolette Anne Kramer, Esq<br>135 W Central Blvd Ste 1150<br>Orlando, FL 32801 | | | | | Representing:<br>Daniel's Landing Association, Inc<br><br>Value $ | | | | Notice Only | |
| Account No.<br><br>Orange County Tax Collector<br>P.O. Box 2551<br>Orlando, FL 32802 | | - | | | Property Taxes<br>Homestead<br>6855 Sperone Street<br>Orlando, FL 32819<br>Legal Description:<br>Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97,<br><br>Value $          162,000.00 | | | X | Unknown | Unknown |

Sheet   1   of   3   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    Don Adlai Dowe                                                                    ,        Case No.    13-21003-JKO
                                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Orange County Tax Collector <br> P.O. Box 2551 <br> Orlando, FL 32802 | - | | | | Property Taxes <br> Real Property <br> 13346 Daniels Landing Circle <br> Winter Garden, FL 34787 <br> Legal Description: <br> Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of | | | X | | |
| | | | | | Value $            85,000.00 | | | | Unknown | Unknown |
| Account No. xxxxxxxxxxxx0526 <br><br> Pnc Bank, N.a. <br> 4661 East Main St <br> Columbus, OH 43251 | - | | | | Opened  5/01/07  Last Active  6/15/08 <br> Second Mortgage <br> Homestead <br> 6855 Sperone Street <br> Orlando, FL 32819 <br> Legal Description: <br> Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in | | | | | |
| | | | | | Value $          162,000.00 | | | | 93,550.00 | 93,550.00 |
| Account No. <br><br> Dream Builder Investment <br> 30 Wall St.6th Floor <br> New York, NY 10005 | | | | | Representing: <br> Pnc Bank, N.a. | | | | Notice Only | |
| | | | | | Value $ | | | | | |
| Account No. xxxxx6605 <br><br> Real Time Resolutions <br> P.O. Box 5170 <br> Simi Valley, CA 93062 | - | | | | Opened  7/01/05  Last Active  3/31/13 <br> Second Mortgage <br> Real Property <br> 13346 Daniels Landing Circle <br> Winter Garden, FL 34787 <br> Legal Description: <br> Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, | | | | | |
| | | | | | Value $            85,000.00 | | | | 72,822.00 | 72,822.00 |
| Account No. <br><br> Bank of America <br> 4161 Piedmont Parkway <br> Greensboro, NC 27410 | | | | | Representing: <br> Real Time Resolutions | | | | Notice Only | |
| | | | | | Value $ | | | | | |

Sheet  2  of  3  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    166,372.00    166,372.00

B6D (Official Form 6D) (12/07) - Cont.

In re    Don Adlai Dowe                                                                     ,          Case No.    13-21003-JKO
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | HOA Homestead 6855 Sperone Street Orlando, FL 32819 Legal Description: Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97, | | | | | |
| Vistas at Phillips Commons Townhomes c/o Larsen & Associates, P.L. 300 South Orange Avenue, Suite 1200 Orlando, FL 32801 | - | | | | | | | X | | |
| | | | | | Value $            162,000.00 | | | | 26,235.45 | 26,235.45 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  3   of  3   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 26,235.45 | 26,235.45 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 532,407.45 | 285,407.45 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    Don Adlai Dowe                                                                        ,    Case No.    13-21003-JKO
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    Don Adlai Dowe                                                                    ,    Case No.    13-21003-JKO
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxxx8530<br><br>Advanta Bank<br>Welsh and McKean Roads<br>Po Box 844<br>Spring House, PA 19477 | | - | | | Opened  9/25/07  Last Active  6/24/08<br>Business Credit Card | | | | 10,622.00 |
| Account No.<br><br>Advanta Bk<br>Po Box 31032<br>Tampa, FL 33631 | | | | | Representing:<br>Advanta Bank | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-9763<br><br>Allied Interstate<br>P.O Box 361774<br>Columbus, OH 43236 | | - | | | Business Debt | | | | 49,119.56 |
| Account No. xxxxxxxxxxxx5273<br><br>American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | | - | | | Opened 10/01/05  Last Active  6/10/08<br>Check Credit Or Line Of Credit | | | | 8,122.00 |

|  |  |
|---|---|
| __20__  continuation sheets attached | Subtotal<br>(Total of this page)    67,863.56 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                                                  Case No.    13-21003-JKO
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>American Express<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | | | Representing:<br>American Express | | | | Notice Only |
| Account No. xxxxxxxxxxxx8353<br><br>American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | | - | | Opened 4/01/05 Last Active 8/08/08<br>Credit Card | | | | 1,643.00 |
| Account No.<br><br>American Express<br>Po Box 297871<br>Fort Lauderdale, FL 33329 | | | | Representing:<br>American Express | | | | Notice Only |
| Account No. xxxx-xxxxxx-x4003<br><br>American Express<br>PO Box 10908<br>San Rafael, CA 94912 | | - | | Credit Card American Dream | | | | 3,848.14 |
| Account No. xxxx-xxxxxx-x2000<br><br>American Express<br>PO Box 791274<br>Baltimore, MD 21279 | | - | | Credit Card | | | | 1,545.26 |

Sheet no.   1    of   20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,036.40

B6F (Official Form 6F) (12/07) - Cont.

In re  Don Adlai Dowe                                                    ,        Case No.  13-21003-JKO
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxx0559<br><br>Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090 | - | | | Opened 10/01/11<br>Factoring Company Account Bank Of America | | | | 54,424.00 |
| Account No. xxxx8637<br><br>Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090 | - | | | Opened 12/01/09<br>Factoring Company Account Citibank<br><br>Lawsuit<br>Case No.: 1031122CACE04 | | | | 48,831.00 |
| Account No.<br><br>Rodolfo J. Miro, Esq.<br>POB 9065<br>Brandon, FL 33509 | | | | Representing:<br>Asset Acceptance Llc | | | | Notice Only |
| Account No. xxxxx5665<br><br>Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090 | - | | | Opened  8/01/11<br>Factoring Company Account Fifth Third Bank | | | | 30,316.00 |
| Account No. xxxxx9249<br><br>Asset Acceptance Llc<br>Po Box 1630<br>Warren, MI 48090 | - | | | Opened 12/01/12<br>Factoring Company Account Bmw Financial | | | | 18,576.00 |

Sheet no.  2  of  20  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

152,147.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe                                                    ,     Case No.    13-21003-JKO
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx8453<br><br>ATT Mobility<br>Southwest Credit Systems<br>5910 W Plano Parkway<br>Suite 100<br>Plano, TX 75093 | - | | | Business Debt | | | | 242.22 |
| Account No. xxxx-xxxx-xxxx-0795<br><br>Bank Atlantic<br>PO Box 23066<br>Columbus, GA 31902 | - | | | Business Debt | | | | 5,264.31 |
| Account No. xxxxxxxxxxxx0897<br><br>Bank Of America<br>Attn: Bankruptcy NC4-105-0314<br>Po Box 26012<br>Greensboro, NC 27410 | | | | Opened 12/01/07  Last Active  8/05/08<br>Charge Account | | | | 9,861.00 |
| Account No.<br><br>Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | | | | Representing:<br>Bank Of America | | | | Notice Only |
| Account No. xxxxxxxxxxxx1009<br><br>Bank Of America<br>Po Box 982235<br>El Paso, TX 79998 | - | | | Opened  4/01/11  Last Active  4/15/13<br>Credit Card | | | | 5,205.00 |

Sheet no.    3    of    20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           20,572.53

B6F (Official Form 6F) (12/07) - Cont.

In re     Don Adlai Dowe _____ ,     Case No. ____13-21003-JKO_____

_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx-xxxx-xxxx-4326 | | | | | Business Debt | | | | |
| Bank Of America PO Box 15710 Wilmington, DE 19886 | - | | | | | | | | 30,639.81 |
| Account No. xxxx-xxxx-xxxx-9664 | | | | | Business Debt | | | | |
| Bank Of America PO Box 15710 Wilmington, DE 19886 | - | | | | | | | | 50,646.05 |
| Account No. xxxx-xxxx-xxxx-4832 | | | | | Business Debt | | | | |
| Bank Of America PO Box 15710 Wilmington, DE 19886 | - | | | | | | | | 30,708.54 |
| Account No. xxxx-xxxx-xxxx-9763 | | | | | Business Debt | | | | |
| Bank of America POB 15710 Wilmington, DE 19886 | - | | | | | | | | 50,771.37 |
| Account No. xxxx-xxxx-xxxx-0897 | | | | | Business Debt Florida Foreclosure Specialists | | | | |
| Bank Of America PO Box 15710 Wilmington, DE 19886 | - | | | | | | | | 10,608.43 |

Sheet no. __4___ of _20_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     173,374.20

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe _____,    Case No. ____13-21003-JKO____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxxx-xxxx-xxxx-3312 | | | | Business Debt | | | | |
| Bank Of America P.O. Box 15726 Wilmington, DE 19886 | | - | | | | | | 47,757.95 |
| Account No. xxxxxxxxxxxx1711 | | | | Opened 5/01/07 Last Active 8/21/08 Credit Card | | | | |
| Bmw Bank Of North Amer Bmw Card Services Po Box 9210, Attn: Bankruptcy Old Bethpage, NY 11804 | | - | | | | | | 18,380.00 |
| Account No. | | | | | | | | |
| Bmw Bank Of North Amer 2735 E Parleys Ways Ste Salt Lake City, UT 84109 | | | | Representing: Bmw Bank Of North Amer | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-2152 | | | | Business Debt | | | | |
| Chase PO Box 15153 Wilmington, DE 19886 | | - | | Lawsuit Case No.: CACE08-064382 | | | | 41,500.00 |
| Account No. | | | | | | | | |
| JPMorgan Chase - Legal Dept. 1191 E. Newport Center Dr. #101 Deerfield Beach, FL 33442 | | | | Representing: Chase | | | | Notice Only |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 107,637.95

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe                                              ,     Case No.   13-21003-JKO
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-1160<br><br>Citi<br>PO Box 6403<br>The Lakes, NV 88901 | - | | Credit Card | | | | 30,232.72 |
| Account No. xxxx-xxxxxx-x3603<br><br>Citi Cards<br>P.O Box 6420<br>The Lakes, NV 88901 | - | | Credit Card | | | | 11,796.90 |
| Account No. xxxx-xxxx-xxxx-8036<br><br>Citibank<br>PO Box 6077<br>Sioux Falls, SD 57117 | - | | Business Debt | | | | 22,032.19 |
| Account No. xxxxxx8829<br><br>CitiBank<br>Loan Servicing<br>3950 Regent Blvd<br>Irving, TX 75063 | - | | Business Debt | | | | 251,148.91 |
| Account No. xxxxxxxxxxxx7621<br><br>Citibank Sd, Na<br>Attn: Centralized Bankruptcy<br>Po Box 20363<br>Kansas City, MO 64195 | - | | Opened  7/01/11  Last Active  3/22/13<br>Credit Card | | | | 12,364.00 |

Sheet no.   6   of   20   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          327,574.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                                    ,    Case No.    13-21003-JKO
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. Citibank Sd, Na Po Box 6241 Sioux Falls, SD 57117 | | | | | Representing: Citibank Sd, Na | | | | Notice Only |
| Account No. xxxxxxxxxxxx1988 Citibank Sd, Na Citi Corp Credit Services/Attn:Centraliz 7920 Nw 110th St Kansas City, MO 64195 | | - | | | Opened  5/01/10  Last Active  3/22/13 Credit Card | | | | 11,295.00 |
| Account No. Citibank Sd, Na Po Box 6241 Sioux Falls, SD 57117 | | | | | Representing: Citibank Sd, Na | | | | Notice Only |
| Account No. xxxxxx8997 Citibank, N.A PO Box 9241 Uniondale, NY 11555 | | - | | | Business Debt | | | | 50,000.00 |
| Account No. xxxx1115 Cleveland Clinic P.O Box 403345 Atlanta, GA 30384 | | - | | | Medical Services | | | | 115.44 |

Sheet no.    7    of    20    sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            61,410.44

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                                                              ,      Case No.     13-21003-JKO
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx1670<br><br>Credit One,llc<br>Po Box 625<br>Metairie, LA 70004 | - | | | Opened 12/01/09<br>Factoring Company Account Bank Of America | | | | 9,861.00 |
| Account No.<br><br>Daniel's Landing Association, Inc<br>PO Box 162147<br>Altamonte Springs, FL 32716 | - | | | Foreclosure<br><br>Lawsuits<br>Case No.: 2009-CA-014786-O<br>Case No.: 2012-CA-019840-O | X | X | | Unknown |
| Account No.<br><br>Nicolette Anne Kramer, Esq<br>135 W Central Blvd Ste 1150<br>Orlando, FL 32801 | | | | Representing:<br>Daniel's Landing Association, Inc | | | | Notice Only |
| Account No. xxxxxxxxxxxxxx9519<br><br>Dell Financial Services<br>Dell Business Credit<br>Payment Processing Center<br>P.O. Box 5275<br>Carol Stream, IL 60197 | - | | | Credit Card Debt | | | | 5,906.96 |
| Account No.<br><br>Deutsche Bank National Trust<br>c/o Ronald R. Wolfe & Associates, PL<br>4919 Memorial Hwy Ste 200<br>Tampa, FL 33634 | - | | | Foreclosure of Mortgage<br><br>Lawsuit<br>Case No.: 2009-CA-022009-O | | | | Unknown |

Sheet no.  8   of  20   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,767.96

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe                                                ,        Case No.    13-21003-JKO
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. 6910<br><br>Discover<br>PO Box 15251<br>Wilmington, DE 19886 | | - | | Credit Card | | | | 15,478.41 |
| Account No. xxxxxxxxxxx6910<br><br>Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | | - | | Opened 10/01/04  Last Active  6/12/08<br>Credit Card | | | | 17,848.00 |
| Account No.<br><br>Leading Edge  Recovery Solutions<br>POB 129<br>Linden, MI 48451-0129 | | | | Representing:<br>Discover Fin Svcs Llc | | | | Notice Only |
| Account No. xxxxxxxx0902<br><br>Dsnb Bloomingdales<br>Macy's Bankruptcy Dept.<br>6356 Corley Road<br>Norcross, GA 30071 | | - | | Opened  8/01/08  Last Active 11/01/08<br>Charge Account | | | | 1,611.00 |
| Account No.<br><br>Dsnb Bloomingdales<br>9111 Duke Blvd<br>Mason, OH 45040 | | | | Representing:<br>Dsnb Bloomingdales | | | | Notice Only |

Sheet no.  9   of  20   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,937.41

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe _____,    Case No. ___13-21003-JKO_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxx7288 | | | | Debt | | | | |
| Enhanced Recovery Company 8014 Bayberry Rd Jacksonville, FL 32256 | - | | | | | | | 532.71 |
| Account No. xxxx6013 | | | | Opened 12/01/10 Collection Attorney At T | | | | |
| Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | - | | | | | | | 533.00 |
| Account No. | | | | Representing: Enhanced Recovery Corp | | | | |
| Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | | | | Notice Only |
| Account No. xxx4619 | | | | Opened 8/01/12 Collection Attorney At T Mobility | | | | |
| Eos Cca 700 Longwater Dr Norwell, MA 02061 | - | | | | | | | 445.00 |
| Account No. xxx5550 | | | | Opened 8/01/12 Collection Attorney At T Mobility | | | | |
| Eos Cca 700 Longwater Dr Norwell, MA 02061 | - | | | | | | | 300.00 |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,810.71

B6F (Official Form 6F) (12/07) - Cont.

In re     Don Adlai Dowe                                                                ,          Case No.    13-21003-JKO
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. x2146<br><br>Eye Physicians Of Florid<br>Correct Vision Laser Institute<br>P.O. Box 39209<br>Fort Lauderdale, FL 33339 | | - | | Medical Services | | | | 490.00 |
| Account No. xxxxxxxxxxxx4326<br><br>Fia Csna/Bank of America<br>Attention: Bankruptcy<br>Po Box 15102<br>Wilmington, DE 19886 | | - | | Opened 2/01/06 Last Active 7/14/08<br>Charge Account | | | | 32,002.00 |
| Account No.<br><br>Fia Csna/Bank of America<br>Po Box 982235<br>El Paso, TX 79998 | | | | Representing:<br>Fia Csna/Bank of America | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-2600<br><br>Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274 | | - | | Business Debt | | | | 25,890.60 |
| Account No. xxxxxxxxxxxx6086<br><br>Hsbc Bank<br>Po Box 30253<br>Salt Lake City, UT 84130 | | - | | Opened 4/01/11 Last Active 4/22/13<br>Credit Card | | | | 671.00 |

| | | |
|---|---|---|
| Sheet no. 11 of 20 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 59,053.60 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                          ,     Case No.    13-21003-JKO
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx1083<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | - | | Opened 4/01/11 Last Active 3/13/12<br>Credit Card | | | | 570.00 |
| Account No. xxxxxxxxxxxx4649<br><br>Insight Financial C U<br>206 Hillcrest St<br>Orlando, FL 32801 | - | | Opened 1/01/03 Last Active 11/03/08<br>Credit Card | | | | 17,853.00 |
| Account No. xxxx2173<br><br>Lab Corp<br>PO Box 2240<br>Burlington, NC 27216 | - | | Medical Services | | | | 57.00 |
| Account No. xxxx-xxxx-xxxx-8036<br><br>Ltd Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | - | | Business Debt | | | | 23,222.68 |
| Account No. xxxxxxxx0920<br><br>Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040 | - | | Opened 7/01/07 Last Active 7/06/09<br>Charge Account | | | | 1,359.00 |

| | | |
|---|---|---|
| Sheet no. __12__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 43,061.68 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                              ,        Case No.    13-21003-JKO
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxx9967<br><br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | - | | Opened 12/01/10<br>Factoring Company Account Ge Money Bank | | | | 9,260.00 |
| Account No. xxxx-xxxx-xxxx-3151<br><br>NCB Management Services Incorporated<br>NCB Management Services Incorporated<br>P.O Box 1099<br>Langhorne, PA 19047 | | - | | Business Debt | | | | 8,530.49 |
| Account No. xxxx-xxxx-xxxx-1263<br><br>NCB Management Services Incorporated<br>P.O. Box 1099<br>Langhorne, PA 19047 | | - | | Business Debt | | | | 7,638.46 |
| Account No. xxxx-xxxx-xxxx-0580<br><br>NCB Management Services Incorporated<br>PO Box 1099<br>Langhorne, PA 19047 | | - | | Business Debt | | | | 5,393.94 |
| Account No. xxxxxxxxxxxxx3410<br><br>Online Collections<br>Po Box 1489<br>Winterville, NC 28590 | | - | | Opened 3/01/11<br>Collection Attorney Orlando Utilities Commission | | | | 495.00 |

| | | |
|---|---|---|
| Sheet no. __13__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 31,317.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe                                                    ,   Case No.    13-21003-JKO
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx8633<br><br>Online Collections<br>Po Box 1489<br>Winterville, NC 28590 | - | | Opened 6/01/11<br>Collection Attorney Prog Energy Fl | | | | 51.00 |
| Account No.<br><br>Orange County Tax Collector<br>P.O. Box 2551<br>Orlando, FL 32802 | - | | Foreclosure<br>155 Deepcove Road<br>Winter Garden, FL 34787 | X | X | | Unknown |
| Account No. xx0461<br><br>Pinnacle Credit Service<br>Po Box 640<br>Hopkins, MN 55343 | - | | Opened 12/01/10<br>Factoring Company Account Chase Bank | | | | 57,631.00 |
| Account No.<br><br>Pinnacle Credit Service<br>7900 Highway 7 # 100<br>Saint Louis Park, MN 55426 | | | Representing:<br>Pinnacle Credit Service | | | | Notice Only |
| Account No. xxxxxxxxxxx4356<br><br>Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | - | | Opened 9/01/09<br>Factoring Company Account Chase Bank Usa N.A. | | | | 15,340.00 |

Sheet no.   14   of   20   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           73,022.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                                                ,        Case No.    13-21003-JKO
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | | Representing:<br>Portfolio Recovery | | | | Notice Only |
| Account No. xxxxxxxxxxx1226<br><br>Portfolio Recovery<br>Attn: Bankruptcy<br>Po Box 41067<br>Norfolk, VA 23541 | | - | Opened  8/01/11<br>Factoring Company Account Hsbc Bank Nevada N.A. | | | | 5,491.00 |
| Account No.<br><br>Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | | Representing:<br>Portfolio Recovery | | | | Notice Only |
| Account No. xxxxx2886<br><br>Real Time Resolutions<br>P.O. Box 5170<br>Simi Valley, CA 93062 | | - | Opened 10/01/05  Last Active  3/31/13<br>Foreclosure<br>155 Deepcove Road<br>Winter Garden, FL 34787 | | | | 21,800.00 |
| Account No.<br><br>Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | | | Representing:<br>Real Time Resolutions | | | | Notice Only |

| | | |
|---|---|---|
| Sheet no.   15   of   20   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 27,291.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                             ,        Case No.    13-21003-JKO
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx6783<br><br>Specialized Loan Services<br>Attn: Bankruptcy<br>8742 Lucent Blvd.  Suite 300<br>Highlands Ranch, CO 80129 | - | | | | Opened 10/01/05  Last Active  6/16/08<br>Foreclosure<br>5663 Somersby Road<br>Windermere, FL 34786 | | | | 233,588.00 |
| Account No.<br><br>Specialized Loan Servi<br>8742 Lucent Blvd<br>Highlands Ranc, CO 80129 | | | | | Representing:<br>Specialized Loan Services | | | | Notice Only |
| Account No. xxxxxx5539<br><br>SunTrust<br>303 Peachtree St. NE Suite 900<br>Atlanta, GA 30308 | - | | | | Business Debt<br><br>Lawsuit<br>Case No.: 09005016 | | | | 102,756.56 |
| Account No.<br><br>Rogers, Morris & Ziegler<br>1401 E Broward Blvd, Ste 300<br>Fort Lauderdale, FL 33301 | | | | | Representing:<br>SunTrust | | | | Notice Only |
| Account No.<br><br>Suntrust Commercial Credit<br>PO Box 4418<br>Atlanta, GA 30302 | | | | | Representing:<br>SunTrust | | | | Notice Only |

Sheet no. __16__ of __20__ sheets attached to Schedule of                                    Subtotal                     336,344.56
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                            ,          Case No.    13-21003-JKO
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-1263  SunTrust PO Box 791250 Baltimore, MD 21279 | | - | | Business Debt | | | | 7,778.32 |
| Account No. xxxxxx7338  SunTrust 303 Peachtree St. NE Suite 900 Atlanta, GA 30308 | | - | | Credit Card  Lawsuit Case No.: 09005016 | | | | 21,521.02 |
| Account No.  Rogers, Morris & Ziegler 1401 E Broward Blvd, Ste 300 Fort Lauderdale, FL 33301 | | | | Representing: SunTrust | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-3151  SunTrust PO Box 791250 Baltimore, MD 21279 | | - | | Business Debt | | | | 7,646.72 |
| Account No. xxxx-xxxx-xxxx-0580  SunTrust P.O Box 791250 Baltimore, MD 21279 | | - | | Business Debt | | | | 5,227.03 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        42,173.09

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe                                                           Case No.    13-21003-JKO
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxxx2541  Suntrust Bank Attn:Bankruptcy Dept Po Box 85092 Mc Va-Wmrk-7952 Richmond, VA 23286 | - | | | | Opened  8/01/07  Last Active  9/24/08 Line of Credit | | | | 58,550.00 |
| Account No.  Suntrust PO Box 791274 Baltimore, MD 21279 | | | | | Representing: Suntrust Bank | | | | Notice Only |
| Account No.  Suntrust Bank Po Box 85092 Richmond, VA 23285 | | | | | Representing: Suntrust Bank | | | | Notice Only |
| Account No. xxxxxxxxxxxx1540  Suntrust Bk Attn: Bankruptcy Dept Po Box 85092 Mc Va-Wmrk-7952 Richmond, VA 23286 | - | | | | Opened  5/01/07  Last Active  7/08/08 Credit Card | | | | 15,720.00 |
| Account No.  Suntrust Bk 7455 Chancellor Dr Orlando, FL 32809 | | | | | Representing: Suntrust Bk | | | | Notice Only |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   74,270.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Don Adlai Dowe                                              ,      Case No.      13-21003-JKO
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Foreclosure | | | | |
| The Bank of New York c/o Shapiro, Fishman, and Gache', LLP 4630 Woodland Corporate Blvd Ste 100 Tampa, FL 33614 | - | | | | Lawsuit Case No.: 2009-CA-007204-O | | | | Unknown |
| Account No. xxxxxx6009 | | | | | Business Debt | | | | |
| U.S. Small Business Administration PO Box 740192 Atlanta, GA 30374 | - | | | | | | | | 49,709.27 |
| Account No. xxxxxxx6709 | | | | | Collections | | | | |
| United Collection Bureau, Inc Burdines P.O Box 1448 Maumee, OH 43537 | - | | | | | | | | 1,294.49 |
| Account No. xxxx-xxxx-xxxx-4356 | | | | | Business Debt | | | | |
| Wa Mu PO Box 99604 Arlington, TX 76096 | - | | | | | | | | 13,619.86 |
| Account No. xxxxx4938 | | | | | Business Debt | | | | |
| Washington Mutual 900 S. Second St Coos Bay, OR 97420 | - | | | | | | | | 51,780.14 |

Sheet no. __19__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          116,403.76

B6F (Official Form 6F) (12/07) - Cont.

In re    Don Adlai Dowe                                                          ,          Case No.    13-21003-JKO
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxx6854 | | | | | Opened 7/01/12 Last Active 4/09/13 Credit Card | | | | |
| Wells Fargo Card Ser 1 Home Campus 3rd Floor Des Moines, IA 50328 | - | | | | | | | | 2,026.00 |
| Account No. | | | | | Representing: Wells Fargo Card Ser | | | | |
| Wells Fargo Card Ser Credit Bureau Dispute Resolut Des Moines, IA 50306 | | | | | | | | | Notice Only |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 2,026.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 1,775,096.46 |

B6G (Official Form 6G) (12/07)

In re    Don Adlai Dowe                                                                 ,        Case No.        13-21003-JKO
                                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

<u>     0     </u> continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Don Adlai Dowe
_____,    Case No.    13-21003-JKO
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    Don Adlai Dowe                                                      Case No.    13-21003-JKO
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S): None. | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Doctor |
| Name of Employer | | Jackson Memorial Hospital |
| How long employed | | 6 Years |
| Address of Employer | | 1611 NW 12th Ave Miami, FL 33136 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 4,926.26 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 4,926.26 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 843.46 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 72.28 |
| d. Other (Specify): Parking Fee | $ 0.00 | $ 12.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 927.74 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 3,998.52 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): Income From Rental Property | $ 700.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 700.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 700.00 | $ 3,998.52 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 4,698.52 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   Don Adlai Dowe                                                    Case No.    13-21003-JKO
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $   2,650.00 |
| a. Are real estate taxes included? | Yes ___     No  X | |
| b. Is property insurance included? | Yes ___     No  X | |
| 2. Utilities:     a. Electricity and heating fuel | | $   200.00 |
| b. Water and sewer | | $   80.00 |
| c. Telephone | | $   0.00 |
| d. Other   See Detailed Expense Attachment | | $   550.00 |
| 3. Home maintenance (repairs and upkeep) | | $   100.00 |
| 4. Food | | $   500.00 |
| 5. Clothing | | $   80.00 |
| 6. Laundry and dry cleaning | | $   80.00 |
| 7. Medical and dental expenses | | $   100.00 |
| 8. Transportation (not including car payments) | | $   250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $   60.00 |
| 10. Charitable contributions | | $   0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $   0.00 |
| b. Life | | $   49.21 |
| c. Health | | $   0.00 |
| d. Auto | | $   0.00 |
| e. Other _____ | | $   0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   Real Property Taxes | | $   232.21 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $   0.00 |
| b. Other   See Detailed Expense Attachment | | $   1,452.92 |
| 14. Alimony, maintenance, and support paid to others | | $   0.00 |
| 15. Payments for support of additional dependents not living at your home | | $   0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $   0.00 |
| 17. Other   See Detailed Expense Attachment | | $   1,350.50 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $   7,734.84 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $   4,698.52 |
| b. | Average monthly expenses from Line 18 above | $   7,734.84 |
| c. | Monthly net income (a. minus b.) | $   -3,036.32 |

**B6J (Official Form 6J) (12/07)**

In re    Don Adlai Dowe                                                    Case No.    13-21003-JKO
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cellular Phone | $ | 350.00 |
| Cable & Internet | $ | 200.00 |
| **Total Other Utility Expenditures** | $ | 550.00 |

**Other Installment Payments:**

| | | |
|---|---|---|
| HOA | $ | 250.00 |
| Second Mortgage | $ | 396.92 |
| Non-Filing Spouse's Vehicle Payment #1 | $ | 450.00 |
| Non-Filing Spouse's Vehicle Payment #2 | $ | 356.00 |
| **Total Other Installment Payments** | $ | 1,452.92 |

**Other Expenditures:**

| | | |
|---|---|---|
| Haircuts & Personal Grooming | $ | 60.00 |
| Medications/Prescriptions | $ | 10.00 |
| Vehicle Maintenance | $ | 40.00 |
| Non-Filing Spouse's Minimum Monthly Credit Card Payments | $ | 658.00 |
| Non-Filing Spouse's Monthly Educational Expenses | $ | 582.50 |
| **Total Other Expenditures** | $ | 1,350.50 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   Don Adlai Dowe                 Case No.   13-21003-JKO
                            Debtor(s)          Chapter   7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   40   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   May 2, 2013                  Signature    /s/ Don Adlai Dowe

                                                Don Adlai Dowe
                                                  Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re    Don Adlai Dowe                                                              Case No.    13-21003-JKO
                                    Debtor(s)                              Chapter    7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                           SOURCE

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| $37,075.00 | Income From Rental Property 2011 |
| $21,825.00 | Income From Rental Property 2012 |
| $9,000.00 | Income From Rental Property 2013 YTD |

B7 (Official Form 7) (04/13)

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| VISTAS AT PHILLIPS COMMONS TOWNHOMES HOMEOWNERS ASSOCIATION, INC. vs DON DOWE, ET AL.<br><br>CASE No.: 2011-CA-015616 | Foreclosure | IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA. | Final Judgment |
| SUNTRUST BANK vs DON DOWE, INC., a Florida corporation; AMERICAN DREAM REALTY LLC, a Florida Corporation; and DON DOWE, individually as Guarantor<br><br>CASE No.: 09005016 | Foreclosure | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA. | Final Judgment |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| CHASE BANK USA, N.A. vs DON DOWE<br><br>CASE No.: 08064382 | Collection | IN THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA. | Pending |
| CITIBANK, N.A. vs AMERICAN DREAM REALTY LLC<br><br>CASE No.: CACE 10 34912/02 | Collection | IN THE CIRCUIT COURT FOR THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA. | Dismissed |
| ASSET ACCEPTANCE llc vs DOWE, DON<br><br>CASE No.: 1031122CACE04 | Collection | IN THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA. | Default Final Judgment |
| SUNTRUST BANK VS DON DOVE<br><br>CASE No.: 09-56314 | Collection | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA. | Dismissed |
| US BANK NATIONAL ASSOCIATION vs DOWE, DON A<br><br>CASE No.: 2009-CA-012470-O | Foreclosure | ORANGE COUNTY, FLORIDA | Pending |
| THE BANK OF NEW YORK vs DOWE, DON A.<br><br>CASE No.: 2009-CA-007204-O | Foreclosure | ORANGE COUNTY, FLORIDA. | Default Final Judgment |
| BAC HOME LOANS SERVICING LP vs DOWE, DON<br><br>CASE No.: 2009-CA-012455-O | Foreclosure | ORANGE COUNTY, FLORIDA | Pending |
| DEUTSCHE BANK NATIONAL TRUST COMPANY VS DOWE, DON A.<br><br>CASE No.: 2009-CA-022009-O | Foreclosure | ORANGE COUNTY, FLORIDA | Dismissed |
| DANIEL'S LANDING ASSOCIATION vs DOWE, DON<br><br>CASE No.: 482009CA014786A001OX | Foreclosure | ORANGE COUNTY, FLORIDA | Default Final Judgment |
| DANIEL'S LANDING ASSOCIATION vs DOWE, DON<br><br>CASE No.: 482012CA019840A001OX | Foreclosure | ORANGE COUNTY, FLORIDA. | Dismissed |
| CHASE BANK USA, N.A, vs DON DOWE and CITIBANK, N.A. | Garnishment | IN THE CIRCUIT COURT IN AND FOR BROWARD COUNTY, FLORIDA | Dissolution of Writ of Garnishment |

B7 (Official Form 7) (04/13)
4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| SUNTRUST BANK vs DON DOWE, INC., a Florida corporation; AMERICAN DREAM REALTY LLC, a Florida corporation, and DON DOWE, individually Grantor | Collection | IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA. | Pending |

CASE No.: 09005016

| None ■ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

| None ☐ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Daniels Landing Homeowners Assoc PO Box 162147 Altamonte Springs, FL 32716 | 07/2012 | Real Property 155 Deepcove Road Winter Garden, FL 34787 $92,728.00 |

### 6. Assignments and receiverships

| None ■ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

| None ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

| None ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|---|---|

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

B7 (Official Form 7) (04/13)
5

### 8. Losses

**None** ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

**None** ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Cohen Law Firm, PA<br>1700 University Drive, Ste. 210<br>Coral Springs, FL 33071 | 04/2013 | Attorney's Fee - $2,500.00<br>Court Filing Fee & Costs - $439.00 |
| 001 Debtorcc, Inc.<br>372 Summit Avenue<br>Jersey City, NJ 07302 | 05/06/2013 | Credit Counseling Course - $9.95 |

### 10. Other transfers

**None** ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None** ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

**None** ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)
7

| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |
|---|---|

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |
|---|---|

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |
|---|---|

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Caribbean Realty Company | 273739761 | 6855 Sperone Street Orlando, FL 32819 | Ral Estate | 09/2010 - Present |
| American Dream Realty, LLC | 260129800 | 15845 SW 49 Ct Miramar, FL 33027 | Real Estate | 11/2005 - 09/2009 |
| Don Dowe, P.A. | 202039493 | 15845 SW 49 Ct Miramar, FL 33027 | Real Estate | 12/2004 - 09/2009 |
| Florida Foreclosure Specialists LLC | 331183878 | 15845 SW 49 Ct Miramar, FL 33027 | Real Estate | 10/2007 - 09/2009 |
| Dowe Jones Realty LLC | 46-1247647 | 6855 Sperone Street Orlando, FL 32819 | Real Estate | 10/2012 - Present |

| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |
|---|---|

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

B7 (Official Form 7) (04/13)
8

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                               DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                       ADDRESS                       DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                   DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                                   (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                               RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST             PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                            TITLE                     NATURE AND PERCENTAGE
                                                                    OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                           DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                            TITLE                     DATE OF TERMINATION

B7 (Official Form 7) (04/13)
9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  May 2, 2013                          Signature    /s/ Don Adlai Dowe
                                                         Don Adlai Dowe
                                                         Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Southern District of Florida

In re    Don Adlai Dowe                        Case No.    13-21003-JKO

                                    Debtor(s)          Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America | **Describe Property Securing Debt:**<br>Homestead<br>6855 Sperone Street<br>Orlando, FL 32819<br><br>Legal Description:<br>Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97, inclusive of the public records of Orange County, |

Property will be (check one):
   ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America | **Describe Property Securing Debt:**<br>Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br><br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of Orange County, Flor |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Daniel's Landing Association, Inc | **Describe Property Securing Debt:**<br>Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br><br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of Orange County, Flor |

Property will be (check one):

■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                          ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Orange County Tax Collector | **Describe Property Securing Debt:**<br>Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br><br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of Orange County, Flor |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Pnc Bank, N.a. | **Describe Property Securing Debt:**<br>Homestead<br>6855 Sperone Street<br>Orlando, FL 32819<br><br>Legal Description:<br>Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97, inclusive of the public records of Orange County, |

Property will be (check one):

   ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 4

| Property No. 6 | |
| --- | --- |
| **Creditor's Name:**<br>Real Time Resolutions | **Describe Property Securing Debt:**<br>Real Property<br>13346 Daniels Landing Circle<br>Winter Garden, FL 34787<br><br>Legal Description:<br>Lot 222, Daniels Landing, according to the plat thereof, as recorded in Plat Book 56, Pages 3 through 8 of the Public Records of Orange County, Flor |

Property will be (check one):
■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
| --- | --- |
| **Creditor's Name:**<br>Vistas at Phillips Commons Townhomes | **Describe Property Securing Debt:**<br>Homestead<br>6855 Sperone Street<br>Orlando, FL 32819<br><br>Legal Description:<br>Lot 20, VISTAS AT PHILLIPS COMMONS, according to the Plat thereof as recorded in Plat Book 61, Pages 93 through 97, inclusive of the public records of Orange County, |

Property will be (check one):
☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
| --- | --- | --- |
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                                      Page 5

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  <u>May 2, 2013</u>                Signature  <u>/s/ Don Adlai Dowe</u>

                                                    Don Adlai Dowe
                                                    Debtor

# United States Bankruptcy Court
## Southern District of Florida

In re    Don Adlai Dowe _____    Case No.    13-21003-JKO _____

_____ Debtor(s)    Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    May 2, 2013 _____    /s/ Don Adlai Dowe _____

Don Adlai Dowe

Signature of Debtor

Advanta Bank
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477


Advanta Bk
Po Box 31032
Tampa, FL 33631


Allied Interstate
P.O Box 361774
Columbus, OH 43236


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
PO Box 10908
San Rafael, CA 94912


American Express
PO Box 791274
Baltimore, MD 21279


American Express
Po Box 297871
Fort Lauderdale, FL 33329


Asset Acceptance Llc
Po Box 1630
Warren, MI 48090


ATT Mobility
Southwest Credit Systems
5910 W Plano Parkway
Suite 100
Plano, TX 75093


Bank Atlantic
PO Box 23066
Columbus, GA 31902

```
Bank Of America
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062


Bank Of America
Attn: Bankruptcy NC4-105-0314
Po Box 26012
Greensboro, NC 27410


Bank Of America
Po Box 982235
El Paso, TX 79998


Bank Of America
PO Box 15710
Wilmington, DE 19886


Bank of America
POB 15710
Wilmington, DE 19886


Bank Of America
P.O. Box 15726
Wilmington, DE 19886


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410


Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410


Bk Of America
4161 Piedmont Pkwy
Greensboro, NC 27410


Bmw Bank Of North Amer
Bmw Card Services
Po Box 9210, Attn: Bankruptcy
Old Bethpage, NY 11804
```

```
Bmw Bank Of North Amer
2735 E Parleys Ways Ste
Salt Lake City, UT 84109


Chase
PO Box 15153
Wilmington, DE 19886


Choice Legal Group, P.A.
1800 NW 49th St Ste 120
Fort Lauderdale, FL 33309


Citi
PO Box 6403
The Lakes, NV 88901


Citi Cards
P.O Box 6420
The Lakes, NV 88901


Citibank
PO Box 6077
Sioux Falls, SD 57117


CitiBank
Loan Servicing
3950 Regent Blvd
Irving, TX 75063


Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Citibank Sd, Na
Citi Corp Credit Services/Attn:Centraliz
7920 Nw 110th St
Kansas City, MO 64195


Citibank Sd, Na
Po Box 6241
Sioux Falls, SD 57117
```

Citibank, N.A
PO Box 9241
Uniondale, NY 11555


Cleveland Clinic
P.O Box 403345
Atlanta, GA 30384


Credit One,llc
Po Box 625
Metairie, LA 70004


Daniel's Landing Association, Inc
PO Box 162147
Altamonte Springs, FL 32716


Dell Financial Services
Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197


Deutsche Bank National Trust
c/o Ronald R. Wolfe & Associates, PL
4919 Memorial Hwy Ste 200
Tampa, FL 33634


Discover
PO Box 15251
Wilmington, DE 19886


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Dream Builder Investment
30 Wall St.6th Floor
New York, NY 10005


Dsnb Bloomingdales
Macy's Bankruptcy Dept.
6356 Corley Road
Norcross, GA 30071

Dsnb Bloomingdales
9111 Duke Blvd
Mason, OH 45040


Enhanced Recovery Company
8014 Bayberry Rd
Jacksonville, FL 32256


Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Eos Cca
700 Longwater Dr
Norwell, MA 02061


Eye Physicians Of Florid
Correct Vision Laser Institute
P.O. Box 39209
Fort Lauderdale, FL 33339


Fia Csna/Bank of America
Attention: Bankruptcy
Po Box 15102
Wilmington, DE 19886


Fia Csna/Bank of America
Po Box 982235
El Paso, TX 79998


Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274


Hsbc Bank
Po Box 30253
Salt Lake City, UT 84130

Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Insight Financial C U
206 Hillcrest St
Orlando, FL 32801


JPMorgan Chase - Legal Dept.
1191 E. Newport Center Dr. #101
Deerfield Beach, FL 33442


Lab Corp
PO Box 2240
Burlington, NC 27216


Leading Edge  Recovery Solutions
POB 129
Linden, MI 48451-0129


Ltd Financial Services
7322 Southwest Freeway
Suite 1600
Houston, TX 77074


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123


NCB Management Services Incorporated
NCB Management Services Incorporated
P.O Box 1099
Langhorne, PA 19047


NCB Management Services Incorporated
P.O. Box 1099
Langhorne, PA 19047


NCB Management Services Incorporated
PO Box 1099
Langhorne, PA 19047

Nicolette Anne Kramer, Esq
135 W Central Blvd Ste 1150
Orlando, FL 32801

Online Collections
Po Box 1489
Winterville, NC 28590

Orange County Tax Collector
P.O. Box 2551
Orlando, FL 32802

Pinnacle Credit Service
Po Box 640
Hopkins, MN 55343

Pinnacle Credit Service
7900 Highway 7 # 100
Saint Louis Park, MN 55426

Pnc Bank, N.a.
4661 East Main St
Columbus, OH 43251

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Real Time Resolutions
P.O. Box 5170
Simi Valley, CA 93062

Rodolfo J. Miro, Esq.
POB 9065
Brandon, FL 33509

Rogers, Morris & Ziegler
1401 E Broward Blvd, Ste 300
Fort Lauderdale, FL 33301

```
Specialized Loan Servi
8742 Lucent Blvd
Highlands Ranc, CO 80129


Specialized Loan Services
Attn: Bankruptcy
8742 Lucent Blvd.  Suite 300
Highlands Ranch, CO 80129


SunTrust
303 Peachtree St. NE Suite 900
Atlanta, GA 30308


SunTrust
PO Box 791250
Baltimore, MD 21279


SunTrust
P.O Box 791250
Baltimore, MD 21279


Suntrust
PO Box 791274
Baltimore, MD 21279


Suntrust Bank
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23286


Suntrust Bank
Po Box 85092
Richmond, VA 23285


Suntrust Bk
Attn: Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23286


Suntrust Bk
7455 Chancellor Dr
Orlando, FL 32809
```

Suntrust Commercial Credit
PO Box 4418
Atlanta, GA 30302


The Bank of New York
c/o Shapiro, Fishman, and Gache', LLP
4630 Woodland Corporate Blvd Ste 100
Tampa, FL 33614


U.S. Small Business Administration
PO Box 740192
Atlanta, GA 30374


United Collection Bureau, Inc
Burdines
P.O Box 1448
Maumee, OH 43537


Vistas at Phillips Commons Townhomes
c/o Larsen & Associates, P.L.
300 South Orange Avenue, Suite 1200
Orlando, FL 32801


Wa Mu
PO Box 99604
Arlington, TX 76096


Washington Mutual
900 S. Second St
Coos Bay, OR 97420


Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328


Wells Fargo Card Ser
Credit Bureau Dispute Resolut
Des Moines, IA 50306